**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BANC OF AMERICA LEASING &**
**CAPITAL, LLC,**

          **Plaintiff,**

-vs-                                                  Case No.  5:07-cv-510-Orl-22DAB

**CLINICAL P.E.T. OF OCALA, LLC, and**
**GANESH D. ARORA, PH.D.,**

          **Defendant.**
_____

## ORDER

This matter comes before the Court on the Motion to Dispense with Case Management Conference (Doc. 21) and the Verified Motion for Entry of Judgment (Doc. 17) filed by the Plaintiff, Banc of America Leasing & Capital, LLC ("Banc of America").  The Defendants have not filed a response to either motion.

Banc of America filed the instant suit on December 20, 2007.  (Doc. 1).  The Defendants were served the next day (Doc. 9, Doc.10), but have not responded to the Complaint.  Despite this, Banc of America has not sought entry of default against the Defendants.

According to the Verified Motion for Entry of Judgment, the parties entered into a forbearance agreement in January 2008, which the Defendants only partially fulfilled, resulting in the filing of that motion.  (Doc. 17 at 3).  That motion was served upon attorney Scott D. Krueger ("Krueger"), only.  (Doc. 17 at 8).  According to Banc of America, Krueger represented the Defendants in connection with the drafting of the forbearance agreement.  (Doc. 21 at 1).

However, in the subsequent motion to dispense with the case management conference, Banc of America notified the Court that Krueger is not representing the Defendants in the instant litigation. (Doc. 21 at 1). Thus, the Defendants have neither been defaulted nor notified of the filing of either of the instant motions. Accordingly, it is hereby

**ORDERED** that the Motion to Dispense with Case Management Conference (Doc. 21) and the Verified Motion for Entry of Judgment (Doc. 17) filed by the Plaintiff, Banc of America Leasing & Capital, LLC, are **DENIED WITHOUT PREJUDICE** for failure to notify the opposing parties.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 26, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party