**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BANC OF AMERICA LEASING &**
**CAPITAL, LLC,**

                **Plaintiff,**

**-vs-**                                                                          Case No.  5:07-cv-510-Orl-22DAB

**CLINICAL P.E.T. OF OCALA, LLC, and**
**GANESH D. ARORA, PH.D.,**

                **Defendant.**

## ORDER

      This matter comes before the Court *sua sponte*.  The Plaintiff is ordered to filed a sur-reply to the response in opposition (Doc. 38) filed by Defendant Arora.  The sur-reply, which shall not exceed ten pages (not including exhibits, if any) shall be filed on or before October 10, 2008.  In particular, the Plaintiff should address the issue of whether the payoff quote details account for the adequate protection payments made by Defendant Clinical P.E.T., and the effect on Arora's liability if Clinical P.E.T. assumes the lease(s) at issue.  However, Plaintiff's sur-reply need not be limited solely to these two issues.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on October 2, 2008.

                                                             GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party